UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EQUAL EMPLOYMENT OPPORTUNITY                                 :
COMMISSION,                                                  :
                                                            :          22-CV-3108 (JLR) (RWL)
                         Plaintiff,                          :
                                                            :
            - against -                                     :
                                                            :             **ORDER**
                                                            :
HILLSTONE RESTAURANT GROUP, INC.                             :
                                                            :
                         Defendant.                         :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the issues raised in Defendant Hillstone's letter motion at Dkt.

71 to compel discovery.  Having considered the submission, along with EEOC's response

at Dkt. 72, and all relevant prior proceedings, it is hereby ordered that:

1.    EEOC shall answer the requests for admission that EEOC did not have

communications with certain claimants prior to issuing the EEOC's presuit determination

and filing the instant case.  (See, e.g., RFAs 75 and 100.)  Even if the work product

concerns raised by EEOC were applicable, the requests do not ask for or require answers

that would disclose the actual dates or individualized order in which EEOC contacted

potential claimants.

2.    EEOC shall answer the few requests for admission about certain statements

made to Hillstone during conciliation.  The RFAs concern statements made to Hillstone,

not some other party, and the Court does not agree that information necessarily is

irrelevant or disproportionate.  Nor is it conciliation-chilling.  Whether the information is

provided during discovery is a separate question from whether the information is admissible as evidence, which is a matter to be determined at a future juncture.

3.  EEOC shall produce documents responsive to Hillstone's requests concerning claimant Tracy Shearin's Administrative Complaint against The Palm.  EEOC's objections are not well taken.  First, even though EEOC is statutorily prohibited from sharing certain information, that does not mean such information cannot be produced in discovery, particularly in response to a court order.   Second, inasmuch as Hillstone questioned Shearin at deposition about her prior complaint, the documents are relevant to credibility.  And EEOC has not provided any information about the quantity of or cost of producing the documents that would inform a disproportionality analysis along with other factors.

Accordingly, Plaintiff's letter motion to compel is granted and its request for a conference is denied as moot.  To the extent not discussed above, the Court has considered all of the parties' arguments and found them to be either without merit or moot.

The Clerk of Court is requested to terminate the letter motion at Dkt. 71.

So Ordered.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  July 17, 2024
          New York, New York