

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112

November 13, 2024

<u>Via ECF</u>

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    EEOC v. Hillstone Restaurant Group, Inc.
             Case No. 1:22-cv-03108-JLR-RWL

Dear Judge Lehrburger:

    The EEOC writes on behalf of both parties to jointly request that the current stay of all deadlines (ECF No. 80) be extended by an additional two months to allow the parties to continue to attempt to reach a settlement of this lawsuit. Should a settlement not be reached, the parties will submit a new proposed scheduling order by January 17, 2024, that would extend all deadlines and may include changes to other aspects of discovery.

    Since the entry of the stay (ECF No. 80) on September 13, 2024, the parties have been working diligently and cooperatively to try to resolve this matter. However, the scope and complexity of this case—and any potential resolution—has slowed that process.

    Accordingly, we respectfully request that the Court stay all deadlines—including fact discovery—for an additional two months until January 17, 2024, to allow for continued meaningful settlement discussions. Should this matter not be resolved, the parties will submit a joint proposed scheduling order by that date that will provide for new deadlines.

    Thank you for your time and attention to this matter.

Respectfully submitted,

/s/Daniel Seltzer
Daniel Seltzer
Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004
Tel.: (929) 506-5308
Daniel.seltzer@eeoc.gov

Request granted. The case will remain stayed until January 17, 2025 so that the parties can focus on diligently working toward settlement. The parties shall file a joint status report by January 21, 2025, or within five days of settlement, whichever occurs first.

SO ORDERED:

11/13/2024 /s/ 

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE