```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EQUAL EMPLOYMENT OPPORTUNITY                                :
COMMISSION,                                                 :
                                                            :     22-CV-3108 (JLR) (RWL)
                    Plaintiff,                              :
                                                            :
         - against -                                        :
                                                            :     ORDER
                                                            :
HILLSTONE RESTAURANT GROUP, INC.                            :
                                                            :
                    Defendant.                              :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As determined and explained at the hearing held via Microsoft Teams on May 29, 2025, Plaintiff's motion for reconsideration of the Court's order at Dkt. 91 denying EEOC's motion to modify Hillstone's subpoena to Lexis is DENIED. The parties shall proceed as directed at the hearing.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 96.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  May 29, 2025
        New York, New York

Copies transmitted this date to all counsel of record.

1