UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                              Plaintiff,

                -against-

HILLSTONE RESTAURANT GROUP, INC.,

                              Defendant.

Case No. 1:22-cv-03108 (JLR) (RWL)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Pursuant to the extended discovery deadlines set forth in the Revised Civil Case Management Plan and Scheduling Order, *see* Dkt. 121, the Court will adjourn the parties' post-discovery pre-trial conference from January 7, 2027, *see* Dkt. 117, to **April 15, 2027, at 10:00 a.m.** The conference will be held in the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY 10007.

No later than one week in advance of the conference, the parties are to submit a joint two-page letter updating the Court on the status of the case, including proposed deadlines for pretrial submissions and trial dates. This conference will either serve as a pre-motion conference or will be used to set a trial date and dates for pre-trial submissions. If a party wishes to move for summary judgment or to exclude expert testimony, it must, no later than three weeks before the conference, file a letter as set forth in Section 3.I of the Court's Individual Rules and Practices in Civil Cases, and any response letter shall be filed no later than two weeks before the conference.

Dated: June 17, 2026
       New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge