UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

-against-

HILLSTONE RESTAURANT GROUP, INC.,

Defendant.

Case No. 1:22-cv-03108 (JLR) (RWL)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Pursuant to the extended discovery deadlines set forth in Magistrate Judge Lehrburger's September 29, 2026 order, *see* Dkt. 127, the Court will adjourn the parties' post-discovery pre-trial conference from April 15, 2027, *see* Dkt. 122, to **May 20, 2027, at 10:00 a.m.** The conference will be held in the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY 10007.

This conference will either serve as a pre-motion conference or will be used to set a trial date and dates for pre-trial submissions. If a party wishes to move for summary judgment or to exclude expert testimony, it must, no later than three weeks before the conference, file a letter as set forth in Section 3.I of the Court's Individual Rules and Practices in Civil Cases, and any response letter shall be filed no later than two weeks before the conference.

Dated: October 1, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge